UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMONA PENA,

                     Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 4418 (NG)

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on February 9, 2010, remanding the case for further administrative proceedings, for the reasons stated on the record; and directing the Commissioner to supplement the record as explained on the record, and to hold a new hearing to reevaluate the plaintiff's claim; it is

      ORDERED and ADJUDGED that for the reasons stated on the record, the case is remanded for further administrative proceedings; and that the Commissioner is directed to supplement the record as explained on the record, and to hold a new hearing to reevaluate the plaintiff's claim.

Dated: Brooklyn, New York
         February 16, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court